Dennis McGoldrick - #97720
350 S. Crenshaw Blvd., Suite A207B
Torrance, California 90503
(310) 328-1001-voice
(310) 328-0332-telecopier

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

All American Products Group, Inc.

            Debtor.

) Case No. 2:14-bk-24709-RN
)
) Chapter 11
)
) APPLICATION FOR EXTENSION OF
) TIME TO FILE SCHEDULES AND
) STATEMENT OF FINANCIAL
) AFFAIRS; DECLARATION OF DENNIS
) MCGOLDRICK
)
)
) [NO HEARING REQUIRED]
)

## NOTICE

TO: THE COURT; THE U.S. TRUSTEE; INTERESTED PARTIES:

The debtor, All American Products Group, Inc., hereby moves this Court for an extension of time to file 521 documents, including Chapter 11 Schedules and Statement of Financial Affairs, and all other documents required by Section 521, until July 21, 2010, pursuant to Bankruptcy Rule 1007(a)(4).

## MOTION

1. This court has jurisdiction over this matter pursuant to 11 U.S.C. Sections 1334 and 157 and pursuant to the District Court Order which refers bankruptcy matters in this district to

Application for Extension of Time

1  the Bankruptcy Court.  The debtor consents to the issuance of a
2  final order by the Bankruptcy Court.
3      2.  As indicated by the following declaration of Dennis
4  McGoldrick, there is necessity for further information from the
5  debtor before the documents to be filed with this Court may be
6  property completed.
7      This application is being filed electronically, the order
8  will be filed electronically via LOU, and the court's courtesy
9  copy with be sent via US Mail.
10     WHEREFORE, the debtor prays that its application be granted
11 and the time for filing its Schedules, Statement of Financial
12 Affairs, and all other documents required by Section 521, be
13 extended to August 21, 2014.
14 Dated: August 14, 2014                Respectfully submitted,
15
16                                       /s/ Dennis McGoldrick
                                         Dennis McGoldrick
17 ///
18 ///
19 ///

Application for Extension of Time                -2-

DECLARATION OF DENNIS McGOLDRICK

I, Dennis McGoldrick, declare:

I am an attorney at law admitted to practice before this Court and a member of the bar of this Court. I make this declaration of my own personal knowledge and would so testify thereto.

On 7/31/2014, I filed the debtor's petition herein. Bankruptcy Rule 1007 requires that the Schedules, Statement of Financial Affairs, and Plan be filed no later than 8/14/2014, unless an extension of time to file the Schedules and Statement of Affairs is granted.

The petition was filed without the Schedules, Statement of Financial Affairs, and other documents required by Section 521, in an emergency to stop the appointment of a receiver.

The debtor has been supplying information to counsel for the preparation of schedules. Counsel's chapter 11 associate was out of the office, and was unable to gather all the information required from the debtor. Thus, counsel has been unable to prepare all of the documents. I expect to be able to file proper documents within the requested extension.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Torrance, California, on the 14th day of August, 2014.

/s/ Dennis McGoldrick
Declarant

///

Application for Extension of Time                - 3 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **350 S. Crenshaw Blvd., Suite A207B, Torrance, CA 90503**

A true and correct copy of the foregoing document described as Application For Extension Of Time To File Schedules and Statement of Financial Affairs, Declaration of Dennis McGoldrick, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 14, 2014**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
   James E Burbott    jeb@moorebrewer.com, cl@moorebrewer.com;cg@moorebrewer.com
   Brian S Healy    brian@tw2law.com
   Dennis E McGoldrick    dmcgoldricklaw@yahoo.com
   Thomas J Prenovost    tprenovost@pnbd.com
   Kelly M Raftery    bknotice@mccarthyholthus.com
   United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
   Hatty K Yip    hatty.yip@usdoj.gov,
Kenneth.G.Lau@usdoj.gov,dare.law@usdoj.gov,queenie.k.ng@usdoj.gov,alvin.p.mar@usdoj.gov,kelly.l.morrison@usdoj.gov,melanie.green@usdoj.gov
☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **August 14, 2014**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Richard Neiter, 255 E. Temple Street, Suite 1652, Los Angeles, CA 90012
☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **Fill In Date Document is Filed**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/14/2014 | Dennis McGoldrick | /s/ Dennis McGoldrick |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                    **F 9013-3.1.PROOF.SERVICE**